JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
        bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JAMES<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; and, San Francisco police officers DOES 1-25, inclusive,<br><br>             Defendants. | Case No.  C 11 01303 PJH<br>**NOTICE OF DISMISSAL** |

        PURSUANT TO SETTLEMENT AGREEMENT, Plaintiff hereby dismisses the

instant-action, in its totality with prejudice pursuant to FRCP 41(a)(1), each side to bear their own

fees and costs.

Dated: March 28, 2012                    **LAW OFFICES OF JOHN L. BURRIS**


                                    /s/ Benjamin Nisenbaum
                                    Benjamin Nisenbaum
                                    Attorney for Plaintiff

**ORDER**

The above-noted action is hereby dismissed with prejudice, each side to bear their own costs and fees.

IT IS SO ORDERED.


DATED:_____3/29/12_____



_____
Honorable _____ Hamilton
UNITED S_____ _____RICT JUDGE