JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
           bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JAMES<br><br>              Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; and, San Francisco police officers DOES 1-25, inclusive,<br><br>              Defendants. | Case No.  C 11 01303 PJH<br><br>**NOTICE OF DISMISSAL** |

PURSUANT TO SETTLEMENT AGREEMENT, Plaintiff hereby dismisses the instant-action, in its totality with prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs.

Dated: March 28, 2012                              **LAW OFFICES OF JOHN L. BURRIS**


                                                                  */s/ Benjamin Nisenbaum*
                                                                  Benjamin Nisenbaum
                                                                  Attorney for Plaintiff

**ORDER**

The above-noted action is hereby dismissed with prejudice, each side to bear their own costs and fees.

IT IS SO ORDERED.

DATED: 3/29/12



_____
Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

Notice of dismissal–
Case No. C 11-01303 PJH

2